TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00081-CR

Terrell Mitchell, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 19,322, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING

PER CURIAM

After accepting appellant's guilty plea and judicial confession, the district court found him
guilty of aggravated assault. Tex. Penal Code Ann. § 22.02 (West 1994). Pursuant to a plea bargain
agreement, the court assessed punishment at imprisonment for four years. Appellant filed a general notice
of appeal.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief.

No pro se brief was filed, but appellant wrote the Court a letter which we have reviewed
as if it were a brief. In his letter, appellant contends he did not receive effective assistance of counsel at
trial. The facts on which he bases this contention are not in the record.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. On this record, there is no reason to doubt the jurisdiction of the district court or the
voluntariness of appellant's guilty plea. See Flowers v. State, 935 S.W.2d 131 (Tex. Crim. App. 1996).

The judgment of conviction is affirmed.

Before Justices Powers, Aboussie and B. A. Smith

Affirmed

Filed: October 9, 1997

Do Not Publish